IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 24-MJ-4496 |
| | ) | Magistrate Judge Newbern |
| v. | ) | |
| | ) | |
| ANTHONY MAURICE ELLIS | ) | **Under Seal** |

## MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the United States moves to have the defendant detained pending proceedings in this matter on the basis that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

The Government submits that a detention hearing is authorized in this matter pursuant to Section 3142(f)(1)(E), because the defendant is charged with a felony offense involving the illegal possession of a firearm. The Government further asserts that the defendant has an extensive criminal history spanning more than 30 years consisting of numerous felony convictions, including Aggravated Burglary in 2002, Coercion of a Witness in 2002, and Bribery of a Witness in 2004, as well as various other burglary and theft related offenses.

The Government moves for a continuance of three business days to prepare for any detention hearing requested by the defendant.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By: *s/ Philip H. Wehby*
Philip H. Wehby
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151